**STATE of Missouri, Respondent,**

**v.**

**Gregory McCALL, Appellant.**

**Nos. WD 42722, WD 43588.**

Missouri Court of Appeals,
Western District,

April 9, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 28, 1991.

Application to Transfer Denied
July 23, 1991.

William J. Swift, St. Louis, for appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and LOWENSTEIN and BRECKENRIDGE, JJ.

PER CURIAM:

## ORDER

Consolidated appeal from conviction for robbery in the second degree, § 569.030, RSMo 1986, and sentence to ten years imprisonment and from denial of relief under Rule 29.15.

Judgment affirmed. Rule 30.25(b)